# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DVL, INC. AND DVL KEARNY HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CONGOLEUM CORPORATION <br><br> Defendant. | No. _____ |

## DISCLOSURE STATEMENT UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Plaintiff DVL, Inc. solely owns Plaintiff DVL Kearny Holdings, LLC.

**ZARWIN BAUM DeVITO KAPLAN SCHAER, TODDY P.C.**

By: s/ Paul M. Schmidt
Paul M. Schmidt, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.
1515 Market Street, 12th Floor
Philadelphia, PA  19102-1981
Phone: (215) 569-2800
Fax: (215) 569-1606
Email: pmschmidt@zarwin.com
*Attorneys for Plaintiffs, DVL, Inc. and DVL Kearny Holdings, LLC*

Dated: June 12, 2017