**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DVL, INC. AND DVL KEARNY HOLDINGS, LLC, <br><br>  Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CONGOLEUM CORPORATION, <br><br>  Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, <br><br> v. <br><br> BATH IRON WORKS CORPORATION, <br><br>  Third-Party Defendant. | Civil Action No. 2:17-cv-04261 (KM) (JBC) <br><br> *Document filed electronically* <br><br> **CONGOLEUM CORPORATION'S DISCLOSURE PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Congoleum Corporation hereby advises the Court that each of the following private entities own more than a ten-percent share of Congoleum Corporations's stock: Simplon, Paul Frontier Holdings LP, and the Congoleum Asbestos Trust. No publicly held company owns ten-percent or more of Congoleum Corporation's stock.

Dated: October 12, 2017

By: s/ Camille V. Otero
Camille V. Otero, Esq.
Shawn M. LaTourette, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4511
Fax: (973) 639-8320
cotero@gibbonslaw.com
*Attorneys for Congoleum Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DVL, INC. AND DVL KEARNY HOLDINGS, LLC,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>  v.<br><br>CONGOLEUM CORPORATION,<br><br>      Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,<br><br>  v.<br><br>BATH IRON WORKS CORPORATION,<br><br>      Third-Party Defendant. | Civil Action No. 2:17-cv-04261 (KM) (JBC)<br><br>*Document filed electronically*<br><br>**CERTIFICATE OF SERVICE** |

I, **CAMILLE V. OTERO**, hereby certify that on October 12, 2017, a copy of the foregoing Rule 7.1 Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure upon all counsel of record who have registered for ECF notification in this matter.

Dated: October 12, 2017

By:  s/ Camille V. Otero
     Camille V. Otero, Esq.
     Shawn M. LaTourette, Esq.
     **GIBBONS P.C.**
     One Gateway Center
     Newark, New Jersey 07102
     Phone: (973) 596-4511
     Fax: (973) 639-8320
     cotero@gibbonslaw.com
     *Attorneys for Congoleum Corporation*