Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

*Attorneys for Defendant*
*Bath Iron Works Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC, | : : : | Civil Action No. 17-4261 (KM) (JBC) |
| Plaintiffs, | : : : | |
| v. | : : | **NOTICE OF BATH IRON WORKS** |
| CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION, | : : : | **CORPORATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT CONGOLEUM** |
| Defendants. | : : | **CORPORATION'S CROSS-CLAIM** |

COUNSEL:

PLEASE TAKE NOTICE that on Monday, February 5, 2018, at 9:30 a.m. or as soon thereafter as counsel may be heard, defendant Bath Iron Works Corporation ("BIW"), by and through its undersigned counsel, will move before the Honorable Kevin McNulty, U.S.D.J., for entry of an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice plaintiffs' Amended Complaint against BIW and defendant Congoleum Corporation's Cross-Claim against BIW for failure to state a claim on which relief may be granted.  BIW requests oral argument.

PLEASE TAKE FURTHER NOTICE that in support of its motion, BIW will rely on the Memorandum of Law and Appendix submitted herewith. A proposed form of Order is also submitted.

Dated:  December 5, 2017

*s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone:  (973) 292-1700
Facsimile:  (973) 292-1767

*~ and ~*

Catherine Steege
John VanDeventer
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone:  (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*
*Bath Iron Works Corporation*