**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC, | Civil Action No. 17-4261 (KM) (JBC) |
| Plaintiffs, |  |
| v. |  |
| CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION, | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. |  |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bath Iron Works Corporation ("BIW") states that it is a wholly-owned subsidiary of General Dynamics Corporation ("GD"), a Delaware corporation. GD is a publicly traded corporation and there are no persons or entities that hold ten percent or more of its stock.

Dated:  September 11, 2018

*s/ George C. Jones*
Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
tcurtin@mdmc-law.com
gjones@mdmc-law.com

*Attorneys for Defendant*
*Bath Iron Works Corporation*