IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DVL, INC. and<br>DVL KEARNY HOLDINGS, LLC,<br><br>    Plaintiffs/Counterclaim<br>    Defendants,<br><br>    v.<br><br>CONGOLEUM CORPORATION,<br>    Defendant/Counterclaim<br>    Plaintiff/Third Party<br>    Plaintiff,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION<br><br>    Third-Party Defendant. | : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 2:17-cv-04261 (KM)(JBC) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Dylan F. Henry as co-counsel for the Plaintiffs DVL, Inc. and DVL Kearny Holdings, LLC, in the above-captioned matter.

                      ZARWIN, BAUM, DeVITO, KAPLAN
                      SCHAER & TODDY, PC

                By: */s/ Dylan F. Henry*
                      DYLAN F. HENRY, ESQUIRE
                      ATTORNEY I.D. NO. 315943
                      1818 MARKET STREET, 13TH FLOOR
                      PHILADELPHIA, PA 19103
                      215-569-2800 – PHONE
                      215-569-1606 – FAX
                      ATTORNEY FOR PLAINTIFFS
                      DVL, INC. AND DVL KEARNY HOLDINGS,
                      LLC

Dated: October 5, 2018

## CERTIFICATE OF SERVICE

I, Dylan F. Henry, Esquire, do hereby certify that on the date set forth below, I did cause to be served upon counsel listed below, a true and correct copy my Entry of Appearance via electronic court filing.

| | |
|---|---|
| William S. Hatfield, Esquire<br>Camille V. Otero, Esquire<br>Shawn M. LaTourette, Esquire<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>***Attorneys for Defendant/Counterclaim***<br>***Plaintiff/Third Party Plaintiff,***<br>***Congoleum Corporation*** | Thomas R. Curtin, Esquire<br>George C. Jones, Esquire<br>Graham Curtin<br>4 Headquarters Plaza<br>P.O. Box 1991<br>Morristown, NJ 07962-1991<br>          and<br>Catherine Steege, Esquire<br>John VanDeventer, Esquire<br>Jenner & Block, LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>***Attorneys for Third-Party Defendant***<br>***Bath Iron Works Corporation*** |

                                                 ZARWIN, BAUM, DeVITO, KAPLAN
                                               SCHAER & TODDY, PC

                                             By:   */s/ Dylan F. Henry*
                                                   DYLAN F. HENRY, ESQUIRE
                                                   ATTORNEY I.D. NO. 315943
                                                   1818 MARKET STREET, 13TH FLOOR
                                                   PHILADELPHIA, PA  19103
                                                   215-569-2800 – PHONE
                                                   215-569-1606 – FAX
                                                   ATTORNEY FOR PLAINTIFFS
                                                   DVL, INC. AND DVL KEARNY HOLDINGS, LLC

Dated: October 5, 2018