

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

**Carolyn S. Wall**
D: +1 212 326 2019
cwall@omm.com

November 6, 2018

**VIA ECF**

The Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:   *DVL, Inc. v. Congoleum Corp., et al., No. 2:17-cv-4261 (KM)(JBC)*

Dear Judge Clark:

We represent non-party Century Indemnity Company ("Century"). Century received a third-party subpoena in the above-referenced action seeking the production of documents. We write to request an extension of time for Century to answer, object or otherwise respond to the third-party subpoena.

Counsel for the party who served the subpoena, Third-Party Defendant Bath Iron Works Corp ("BIW"), has consented to extend the time to answer, object or otherwise respond to the third-party subpoena served on Century in this action until November 14, 2018.

Accordingly, Century respectfully requests that Your Honor grant this request for an extension of time to answer, object or otherwise respond to the third-party subpoena served on Century in this action.

Respectfully submitted,

/s/ Carolyn S. Wall
Carolyn S. Wall
for O'MELVENY & MYERS LLP

*Counsel for Century Indemnity Company*

cc:   All Counsel of Record (via ECF)

O'Melveny

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on November 6, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated:  November 6, 2018 | By:   *s/ Carolyn S. Wall* <br>       Carolyn S. Wall <br><br> *Counsel for Century Indemnity Company* |