**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | | **U.S. COURTHOUSE**<br>**50 WALNUT STREET, ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-776-7700** |

February 13, 2019

## LETTER ORDER

Re:   **DVL, Inc., et al. v. Congoleum Corporation**
      **Civil Action No. 17-4261 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Fact discovery shall be completed by **September 29, 2019**.

2) The parties shall raise any disputes regarding initial written discovery by letter no later than **May 3, 2019**.

3) Affirmative expert reports shall be served by **November 30, 2019**.

4) Responsive expert reports shall be served by **January 31, 2020**.

5) Expert discovery shall be completed by **March 31, 2020**.

6) There will be **NO** further extensions of these deadlines.

7) The request to increase the permissible number of depositions is **DENIED** without prejudice.

8) The Court will conduct a telephone status conference with the parties on **June 12, 2019 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                  <u>s/ James B. Clark, III</u>
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**