# Exhibit 10

# DUGHI AND HEWIT
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

10 LAKE CENTER EXECUTIVE PARK
401 RT. 73 NORTH, SUITE 206
MARLTON, NEW JERSEY 08053
(609) 985-1400
TELECOPIER: (609) 985-2822

LOUIS JOHN DUGHI, JR.*
RUSSELL L. HEWIT†
ROBERT W. DONNELLY, JR.
MICHAEL J. KEATING
CHARLES M. RADLER, JR.
CHRISTOPHER J. CHRISTIE
WILLIAM H. GAZI*
DANIEL R. LINDEMANN
KEITH A. GABLE

OF COUNSEL
MARJORIE GILMAN BAKER
WILLIAM J. PALATUCCI

REPLY TO:
Cranford

CHRISTOPHER J. WEBER
PAMELA HATTEM
JEFFREY S. CHIESA
HUGH A. KEFFER
MARIE JUDITH McCORMACK
SCOTT C. BUSHELLI
RICHARD J. BRIGHTMAN
GARY L. RIVELES
CRAIG A. DOMALEWSKI
MATTHEW T. ROSE

* CERTIFIED CIVIL TRIAL ATTORNEY

January 15, 1998

SENT VIA FEDERAL EXPRESS

Amelia M. Wagner, Esq.
Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency
Region II
290 Broadway, 17th Floor
New York, New York 10007-1866

   Re: Congoleum Corporation -- Diamond Alkali
     Superfund Site
   Our File No.: 6378

Dear Ms. Wagner:

  Enclosed please find two copies of the Response of Congoleum Corporation to the Request for Information regarding the Diamond Alkali Superfund Site and Passaic River Study Area, both containing original signature pages.

  If you have any questions or require any additional information, please do not hesitate to call. Once again, I want to thank you for your courtesies in extending the time for Congoleum Corporation to submit the within Response to the Request for Information.

         Sincerely yours,

         DUGHI AND HEWIT

         Russell L. Hewit

A113RLH
Enc.

CONGOLEUM - 051120

CONG_0005990

## CERTIFICATION OF ANSWERS TO REQUEST FOR INFORMATION

State of __Pennsylvania__ :

County of __Delaware__ :

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document (response to EPA Request for Information) and all documents submitted herewith, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete, and that all documents submitted herewith are complete and authentic unless otherwise indicated. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. I am also aware that my company is under a continuing obligation to supplement its response to EPA's Request for Information if any additional information relevant to the matters addressed in EPA's Request for Information or the company's response thereto should become known or available to the company.

__Robert G. Rucker__
NAME (print or type)

__Director of Environmental__ Affairs
TITLE (print or type)

*[signature]*
SIGNATURE

Sworn to before me this 12th day of January, 1998

*[signature]*
Notary Public

> Notarial Seal
> Bonnie J. McCullough, Notary Public
> Marcus Hook Boro, Delaware County
> My Commission Expires May 15, 2000
> Member, Pennsylvania Association of Notaries

CONGOLEUM - 051121

CONG_0005991

RESPONSE OF CONGOLEUM CORPORATION
TO
REQUEST FOR INFORMATION
OF THE
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGARDING
DIAMOND ALKALI SUPERFUND SITE AND PASSAIC RIVER STUDY AREA

### EPA INTRODUCTION

The United States Environmental Protection Agency ("EPA") is investigating the release of hazardous substances into the Passaic River. EPA has information indicating that hazardous substances from your facility formerly located at 195 Belgrove Drive in Kearny, New Jersey, may have been discharged into the Passaic River.

Please provide the information requested below, including copies of all available documentation that supports your answers.

### CONGOLEUM INTRODUCTION

EPA has served a Request for Information concerning possible discharges of allegedly hazardous substances from a facility formerly owned and operated by Congoleum Corporation (or its predecessors)("Congoleum"), which facility was formerly located at 195 Belgrove Drive, Kearny, New Jersey ("Kearny Facility").

Congoleum has owned and operated, and continues to own and operate, multiple facilities in multiple, different states. Congoleum interprets EPA's Request for Information to be limited solely to Congoleum's former Kearny Facility and, accordingly, has so limited its responses to the Request for Information.

Predecessors of Congoleum owned and operated a flooring manufacturing facility in Kearny, New Jersey from the late 1880s to the early or mid 1970s, and maintained administrative offices and a small laboratory at the site into the mid 1980s. Congoleum has been purchased, sold and reorganized through mergers and/or acquisitions with different companies on several occasions. Unfortunately, there are no current Congoleum employees with personal knowledge concerning the manufacturing operations of the former Kearny Facility, and Congoleum's responses to the Request

6378RESP

-1-

CONGOLEUM - 051122

CONG_0005992