Camille V. Otero, Esq.
Kevin W. Weber, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4509
Facsimile: (973) 639-8321
*Attorneys for Defendant*
*Congoleum Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CONGOLEUM CORPORATION AND BATH IRON WORKS CORPORATION<br><br>Defendants. | Civil Action No. 2:17-cv-04261 (KM) (JBC)<br><br>*Document filed electronically*<br><br>**NOTICE OF MOTION** |

**TO:** Anthony R. Twardowski
ZARWIN BAUM DeVITO
KAPLAN SCHAER TODDY, P.C.
1818 Market Street, 13th Fl.
Philadelphia, PA 19103
Telephone: (215) 569-2800
Fax: (215) 569-1606
E-mail: artwardowski@zarwin.com

Paul M. Schmidt
POST & SCHELL, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2808
Telephone: (215) 587-1000
Fax: (215) 587-1444
E-mail: pschmidt@potschell.com

*Attorneys for Plaintiffs DVL, Inc. and*
*DVL Kearny Holdings, LLC*

Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
4 Headquarters Plaza, P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: (973) 292-1700
Fax: (973) 292-1767
E-mail: tcurtin@GrahamCurtin.com
E-mail: gjones@GrahamCurtin.com

Cynthia J. Robertson
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
E-mail: MVanAllen@jenner.com
E-mail: CRobertson@jenner.com

Catherine Steege
John VanDeventer
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
E-mail: CSteege@jenner.com
E-mail: JVanDeventer@jenner.com

*Attorneys for Defendant Bath Iron Works Corporation*

**PLEASE TAKE NOTICE** that on **Monday, June 17, 2019,** or as soon thereafter as counsel may be heard, Defendant Congoleum Corporation ("Congoleum") shall move before the Honorable Kevin McNulty, United States District Judge, at the Frank R. Lautenberg United States Courthouse, 1 Federal Square, Newark, New Jersey 07102 for an order granting Summary Judgment dismissing Plaintiffs 'Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Congoleum shall rely on the papers submitted herewith and argument of counsel, if any.

Dated: May 24, 2019

By: s/
Camille V. Otero, Esq.
Kevin W. Weber, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4509
Facsimile: (973) 639-8321
*Attorneys for Defendant Congoleum Corporation*

2