Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

Michael A. Doornweerd (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Attorneys for Defendant*
*Bath Iron Works Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION,<br><br>Defendants. | Civil Action No. 17-4261 (KM) (JBC)<br><br><br>**NOTICE OF MOTION TO COMPEL PRODUCTION OF SETTLEMENT DOCUMENTS** |

PLEASE TAKE NOTICE that on Monday, July 15, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendant Bath Iron Works Corporation ("BIW") will move before the Honorable James B. Clark, III, U.S.M.J., for the entry of an order compelling Defendant Congoleum Corporation ("Congoleum") to produce documents relating to settlements that

Congoleum reached with its insurers during its bankruptcy over a decade ago or, in the alternative, barring Congoleum from introducing extrinsic evidence at trial concerning those settlements.

PLEASE TAKE FURTHER NOTICE that in support of this motion, BIW will rely on the Declaration of George C. Jones, with exhibits, and the Brief submitted herewith. A proposed form of Order is also submitted.

| | |
|---|---|
| Dated: June 21, 2019 | */s/ George C. Jones* |
| | Thomas R. Curtin |
| | George C. Jones |
| | McELROY, DEUTSCH, MULVANEY |
| |   & CARPENTER, LLP |
| | 1300 Mount Kemble Avenue |
| | P.O. Box 2075 |
| | Morristown, New Jersey 07962-2075 |
| | Tel: (973) 993-8100 |
| | Fax: (973) 425-0161 |
| | E-mail: tcurtin@mdmc-law.com |
| |         gjones@mdmc-law.com |
| | |
| | Michael A. Doornweerd (*pro hac vice*) |
| | Wade A. Thomson (*pro hac vice*) |
| | JENNER & BLOCK LLP |
| | 353 N. Clark Street |
| | Chicago, IL 60654 |
| | Tel: (312) 222-9350 |
| | Fax: (312) 527-0484 |
| | E-mail: MDoornweerd@jenner.com |
| |         WThomson@jenner.com |
| | |
| | *Attorneys for Defendant* |
| | *Bath Iron Works Corporation* |