UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC, | : : : | Civil Action No. 17-4261 (KM) (JBC) |
| Plaintiffs, | : : | |
| v. | : : | |
| CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION, | : : : : | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF "SETTLEMENT" DOCUMENTS** |
| Defendants. | : : | |

**THIS MATTER** having been opened to the Court on the motion filed by Defendant Bath Iron Works Corporation ("BIW") for the entry of an order granting BIW's Motion to Compel Production of "Settlement" Documents and the Court having considered the papers filed and the arguments raised in connection with this motion; and good cause appearing,

**IT IS** on this _____ day of _____, 2019,

[**ORDERED** that BIW's Motion to Compel Production of "Settlement" Documents, in the form attached to its motion papers, is hereby GRANTED; and it is further

**ORDERED** that Congoleum produce the documents it is withholding solely on the three protective orders, and that Congoleum shall produce those documents to BIW no later than fourteen days following the entry of this Order.]

[**ORDERED** that Congoleum is barred from eliciting any testimony going forward that would be implicated by the withheld documents/information].

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge