# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION,<br><br>        Defendants. | Civil Action No. 2:17-cv-04261 (KM) (JBC)<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER ON CONSENT** |

**THIS MATTER**, having been opened to the Court upon consent of all parties, and good cause having been shown:

**IT IS** on this ___ day of _____, 2020,

**ORDERED** that affirmative expert reports shall be served by no later than **Monday February 24, 2020**; and it is further

**ORDERED** that responsive expert reports shall be served by no later than **Friday April 24, 2020**; and it is further

**ORDERED** that all expert discovery shall be completed no later than **Friday June 26, 2020**; and it is further

**ORDERED** that the parties may submit letter applications requesting leave to file dispositive motions in accordance with the pre-trial discovery order (ECF 42) beginning at the close of discovery; and it is further

**ORDERED** that, as Congoleum intends to file a letter application requesting leave per the above immediately upon the close of discovery, the parties may file dispositive motions, if leave is granted to do so, by **Friday July 31, 2020**; and it is further

2

**ORDERED** that the Court will conduct a status conference on _____, 2020.

 

_____
Hon. James B. Clark, III
United States Magistrate Judge
District of New Jersey