**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07101<br>973-776-7700 |

February 6, 2020

### LETTER ORDER

Re:   **DVL, Inc., et al. v. Congoleum Corporation**
      **Civil Action No. 17-4261 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Affirmative expert reports shall be served by **February 24, 2020**.

2) Responsive expert reports shall be served by **April 24, 2020**.

3) Expert discovery shall be completed by **June 26, 2020**.

4) The Court will conduct a telephone status conference with the parties on **June 10, 2020 at 10:00 AM**. Counsel for Congoleum Corporation shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**