**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07101<br>973-776-7700 |

June 9, 2020

**LETTER ORDER**

Re:   **DVL, Inc., et al. v. Congoleum Corporation**
　　　**Civil Action No. 17-4261 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Expert discovery shall be completed by **September 16, 2020**.

2) The Court will conduct a telephone status conference with the parties on **September 16, 2020 at 11:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　   s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**