**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07101<br>973-776-7700 |

September 10, 2020

## LETTER ORDER

**Re:** **DVL, Inc., et al. v. Congoleum Corporation**
**Civil Action No. 17-4261 (KM)**

Dear Counsel:

The settlement conference scheduled with the parties on September 16, 2020 is adjourned to **September 29, 2020 at 2:00 P.M**. By no later than **September 23, 2020**, the parties shall submit separate confidential *ex parte* settlement letters not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_Orders@njd.uscourts.gov**).

**IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**