UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07101
973-776-7700

October 5, 2020

## LETTER ORDER

**Re:** **DVL, Inc., et al. v. Congoleum Corporation**
**Civil Action No. 17-4261 (KM)**

Dear Counsel:

As discussed during the conference held in the above-captioned matter earlier today, discovery shall remain **stayed** in this matter.

**IT IS SO ORDERED.**

　　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**