# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07101
973-776-7700

January 7, 2021

### LETTER ORDER

Re:     **DVL, Inc., et al. v. Congoleum Corporation**
        **Civil Action No. 17-4261 (KM)**

Dear Counsel:

In light of the Bankruptcy Court order vacating the automatic stay so that the above-captioned action may proceed [*see* ECF No. 200], the Court will conduct a telephone status conference with the parties on **February 24, 2021 at 11:30 A.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

        s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**