**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07101<br>973-776-7700 |

February 24, 2021

## LETTER ORDER

Re:   **DVL, Inc., et al. v. Congoleum Corporation**
      **Civil Action No. 17-4261 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Regarding the ESI issue raised during today's call by Defendant Bath Iron Works Corporation ("BIW"), the involved parties shall submit a joint letter of **five (5) pages or less** outlining their respective positions no later than **March 10, 2021**. The Court with then schedule a call, if necessary, to discuss the matter.

2) Expert discovery shall be completed by **June 30, 2021**.

3) The Court will conduct a telephone status conference with the parties on **June 30, 2021 at 10:00 AM**. Counsel for BIW shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**