| | |
|---|---|
| Anthony R. Twardowski, Esquire<br>ZARWIN BAUM DEVITO KAPLAN<br>SCHAER TODDY, P.C.<br>1818 Market Street, 13th Floor<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiffs,*<br>*DVL, Inc. and DVL*<br>*Kearny Holdings, LLC* | Ralph J. Marra<br>Thomas R. Calcagni<br>Eric T. Kanefsky<br>CALCAGNI & KANEFSKY, LLC<br>1085 Raymond Blvd.<br>14th Floor<br>Newark, NJ 07102<br><br>Michael A. Doornweerd (*pro hac vice*)<br>Wade A. Thomson (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br><br>*Attorneys for Defendant*<br>*Bath Iron Works Corporation*<br><br>Russell L. Hewit<br>Scott A. Hall<br>DUGHI, HEWIT & DOMALEWSKI, P.C.<br>340 North Avenue<br>Cranford, NJ 07015<br><br>*Attorneys for Defendant*<br>*Congoleum Corporation* |

**\*\*\* ORDER \*\*\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION,<br><br>        Defendants. | : : : : : : : : : : : : : | Civil Action No. 17-4261 (KM) (JBC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CONGOLEUM CORPORATION'S CROSS-CLAIMS AGAINST BATH IRON WORKS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) & 41(c)** |

1

## STIPULATION OF DISMISSAL OF CONGOLEUM CORPORATION'S CROSS-CLAIMS AGAINST BATH IRON WORKS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) & 41(c)

The parties, DVL, Inc. and DVL Kearny Holdings, LLC (collectively "DVL"), Bath Iron Works Corporation ("BIW"), and Congoleum Corporation ("Congoleum"), respectfully submit this Joint Stipulation for Dismissal. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) & 41(c), and in light of the United States Bankruptcy Court for the District of New Jersey's ruling in *Bath Iron Works Corp. v. Congoleum Corp.*, No. 20-01439 (MBK) (Bankr. N.J.), Dkt. No. 68 (reported at 2021 Bankr. LEXIS 982), the parties stipulate that Congoleum's Cross-Claims Against BIW are dismissed with prejudice. Congoleum also stipulates that it will not argue directly or indirectly, in any claim or defense, that BIW is the successor to Congoleum's Flooring Business or otherwise responsible for the damages allegedly suffered by DVL in the above captioned action. This Joint Stipulation of Dismissal is without prejudice to any and all other claims and defenses of Congoleum against DVL and any and all other claims and defenses of BIW and DVL.

DVL consents to this joint stipulation so that the parties may file under Rule 41(a)(1)(A) and dismiss Congoleum's Cross-Claims Against BIW; however, it expressly reserves all rights, including as to the meaning and significance of the above stipulations reached between Congoleum and BIW and the bankruptcy court's ruling.

Dated:  June 8, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Anthony R. Twardowski | /s/ Russel L. Hewit |
| Anthony R. Twardowski, Esquire<br>ZARWIN BAUM DEVITO KAPLAN SCHAER TODDY, P.C.<br>1818 Market Street, 13th Floor<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiffs,*<br>*DVL, Inc. and DVL*<br>*Kearny Holdings, LLC* | Russel L. Hewit<br>Scott A. Hall<br>DUGHI, HEWIT & DOMALEWSKI, P.C.<br>340 North Avenue<br>Cranford, NJ 07016<br><br>*Attorneys for Defendant*<br>*Congoleum Corporation* |

/s/ Ralph J. Marra

Ralph J. Marra
Thomas R. Calcagni
Eric T. Kanefsky
CALCAGNI & KANEFSKY, LLC
1085 Raymond Blvd.
14th Floor
Newark, NJ 07102
(862) 397-1796

Michael A. Doornweerd (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
mdoornweerd@jenner.com
wthomson@jenner.com

*Attorneys for Defendant*
*Bath Iron Works Corporation*

**SO ORDERED.**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 6/9/2021**