**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | **U.S. COURTHOUSE**<br>**50 WALNUT STREET, ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-776-7700** |

June 29, 2021

## LETTER ORDER

   Re:   **DVL, Inc., et al. v. Congoleum Corporation**
            **Civil Action No. 17-4261 (KM)**

Dear Counsel:

The telephone status conference with the parties on June 30, 2021 is adjourned to

**August 3, 2021 at 11:00 AM**. Counsel for BIW shall initiate the call.

   **IT IS SO ORDERED.**

                                                        s/ James B. Clark, III
                                                **JAMES B. CLARK, III**
                                                **United States Magistrate Judge**