Ralph J. Marra
Thomas R. Calcagni
Eric T. Kanefsky
CALCAGNI & KANEFSKY, LLC
1085 Raymond Blvd.
14th Floor
Newark, NJ 07102

Michael A. Doornweerd (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654

*Attorneys for Defendant*
*Bath Iron Works Corporation*

Anthony R. Twardowski, Esquire
ZARWIN BAUM DEVITO KAPLAN
SCHAER TODDY, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103

*Attorneys for Plaintiffs DVL, Inc.*
*and DVL Kearny Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DVL, INC. and DVL KEARNY HOLDINGS, LLC, | Civil Action No. 17-4261 (KM) (JBC) |
| Plaintiffs, | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT BATH IRON WORKS CORPORATION** |
| v. | |
| CONGOLEUM CORPORATION and BATH IRON WORKS CORPORATION, | |
| Defendants. | |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT BATH IRON WORKS CORPORATION**

The parties DVL, Inc. and DVL Kearny Holdings, LLC ("DVL" or "Plaintiffs"), Defendant Bath Iron Works Corporation ("BIW"), and CC Oldco Corporation, successor to Defendant Congoleum Corporation (hereinafter "Congoleum") respectfully submit this Joint Stipulation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of the United States

1

Bankruptcy Court for the District of New Jersey's ruling in *Bath Iron Works Corp. v. Congoleum Corp.*, No. 20-01439 (MBK) (Bankr. N.J.), Dkt. No. 68 (reported at 2021 Bankr. LEXIS 982), DVL and BIW stipulate that DVL is dismissing, with prejudice, all of its claims against BIW in the above-captioned action as alleged in DVL's Amended Complaint (Dkt. 018) because BIW is not a successor-in-interest to any liabilities associated with the approximately 60-acre property in Kearny, New Jersey that was previously owned and operated by Congoleum-Nairn, Inc. (the "Property"), which includes the parcel located at 160-194 Passaic Avenue in Kearny, New Jersey. DVL also stipulates that because Congoleum is the sole successor to the Congoleum flooring business that owned and operated the Property, DVL will not argue directly or indirectly, in any claim or defense, that BIW is the successor to the Congoleum flooring business that owned and operated the Property or that BIW is otherwise responsible in any way relating to the Property (including for any and all activities and/or products of the Congoleum flooring business, including wartime activities and/or products). This Joint Stipulation of Dismissal is without prejudice to any and all other claims and defenses of DVL against Congoleum and any and all other claims and defenses of BIW. Congoleum consents to the filing of this Joint Stipulation between DVL and BIW.

Dated: September 13, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Ralph J. Marra* | */s/ Anthony R. Twardowski* |
| Ralph J. Marra | Anthony R. Twardowski, Esquire |
| Thomas R. Calcagni | ZARWIN BAUM DEVITO KAPLAN |
| Eric T. Kanefsky | SCHAER TODDY, P.C. |
| CALCAGNI & KANEFSKY, LLC | 1818 Market Street, 13th Floor |
| 1085 Raymond Blvd. | Philadelphia, PA 19103 |

| | |
|---|---|
| 14th Floor<br>Newark, NJ 07102<br>(862) 397-1796 | *Attorneys for Plaintiffs DVL, Inc. and DVL Kearny Holdings, LLC* |
| Michael A. Doornweerd (*pro hac vice*)<br>Wade A. Thomson (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350<br>mdoornweerd@jenner.com<br>wthomson@jenner.com | */s/  Russel L. Hewit*<br><br>Russel L. Hewit<br>Scott A. Hall<br>DUGHI, HEWIT & DOMALEWSKI, P.C.<br>340 North Avenue<br>Cranford, NJ 07016 |
| *Attorneys for Defendant<br>Bath Iron Works Corporation* | *Attorneys for Defendant<br>CC Oldco Corporation, successor to<br>Congoleum Corporation* |

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 9/17/2021**